UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW M. BARR, | : |
| | : CIVIL ACTION NO. 3:22-1300 |
| Plaintiff | : |
| | : (JUDGE MANNION) |
| v. | : |
| | : |
| LEBANAON COUNTY | : |
| CORRECTIONAL FACILITY., *et al.*, | : |
| | : |
| Defendants | : |

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The above captioned action is **DISMISSED** pursuant to Fed.R.Civ.P. 41(b) for Plaintiff's failure to prosecute and to comply with Local Rules of Court.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

MALACHY E. MANNION
United States District Judge

Date: July //, 2023
22-1300-01-ORDER